## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

IN RE
    CASSIE L. SUTTON                                                 Chapter 13
        Debtor                                                            Case No. 20-41093

### DEBTOR'S MOTION TO EXTEND DEADLINE
### TO PAY FILING FEE INSTALLMENT

NOW COMES the Debtor, Cassie L. Sutton, and moves for the Court to extend the time to pay her final filing fee installment as required by this Court's November 16, 2020 order [Doc. #3]. In support of this motion, the Debtor submits the following:

1. On November 16, 2020, the Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On that same date, the Court approved the Debtor's request to pay her filing fee in installments. The Debtor has timely made her first three installment payments.

3. The Debtor's final installment payment is due February 16, 2021.

4. Due to unexpected auto repair and medical expenses, both of which are ongoing, the Debtor has not had funds to make this payment. However, the Debtor will receive her regular paycheck this coming Thursday, February 18, 2021, and will be able to immediately make her final installment payment of $68.00.

5. The Debtor requests an additional seven days to make her payment, in order to give the Debtor an opportunity to receive her paycheck and make the payment, either in person or via the mail.

WHEREFORE, the Debtor requests that the Court grant an additional seven days for the Debtor to make her final filing fee installment payment. Further, the Debtor requests any additional or alternative relief that the Court deems to be just and appropriate under the circumstances.

Respectfully submitted,

Cassie L. Sutton,

Dated: February 16, 2021

*/s/ Colin D. Creager*
Colin D. Creager, BBO# 697526
86 Gladstone Street
Boston, MA 02128
(617) 903-2571
creagerc@mass-legal.com

## CERTIFICATE OF SERVICE

I, Colin Creager, hereby certify that I have this day served upon the following parties a true copy of the within document as follows:

**Via ECF**
Denise Papalardo, Esq., Chapter 13 Trustee
Richard King, Esq., United States Trustee

**Via First Class Mail**
Cassie L. Sutton

*/s Colin D. Creager*

Dated: February 16, 2021